UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENT BREMS,

       Plaintiff,

v.

BARCLAYS BANK,

       Defendant.

Civil Action No. 2:18-cv-00437-NIQA

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brent Brems and Defendant Barclays Bank, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily dismissed with prejudice, without costs or attorneys' fees.

DATE: October 15, 2018

| Kraemer, Manes and Associates LLC | Morgan, Lewis & Bockius LLP |
|---|---|
| */s/ Jonathan Chase* | */s/ Christen L. Casale* |
| Jonathan Chase | Christen L. Casale |
| Kraemer, Manes & Associates LLC | Morgan, Lewis & Bockius LLP |
| 1628 John F. Kennedy Blvd. | 1701 Market Street |
| Suite 1650 | Philadelphia PA, 19103 |
| Philadelphia, PA 19103 | Phone: (215) 963-5604 |
| Phone: (215) 475-3504 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |